### FRENCH v. CARTER and others.

*Circuit Court, S. D. New York. February 12, 1883.)*

SHIPMAN, J. The demurrer of the defendant Oliver S. Carter, in the above-entitled cause, is overruled, with leave to the said defendant to answer the bill within 30 days after the entry of the order overruling the demurrer. The plaintiff is entitled to his costs to the date of the hearing upon the demurrer.